UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY TIWONE VALENTINE, JR.,               **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

**COUNT 1**
(Felon in Possession of a Firearm)

Between on or about June 28, 2025, and July 7, 2025, in Berrien County, in the Southern Division of the Western District of Michigan,

COREY TIWONE VALENTINE, JR.,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock Model 19 9mm caliber semi-automatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
(Possession with Intent to Distribute Fentanyl)

On or about July 7, 2025, in Berrien County, in the Southern Division of the Western District of Michigan,

COREY TIWONE VALENTINE, JR.,

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vi)

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), set forth in Count 1 of this Indictment,

COREY TIWONE VALENTINE, JR.,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Glock Model 19 9mm caliber semi-automatic pistol and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_(signature)_
CONSTANCE TURNBULL
Assistant United States Attorney